IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMANDA ELIZABETH WALKER,

    Plaintiff,

v.                                                  CASE NO.:

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

Plaintiff, **AMANDA ELIZABETH WALKER** (hereinafter sometimes referred to as "**AMANDA WALKER**"), hereby sues Defendant, **THE UNITED STATES OF AMERICA**, (hereinafter sometimes referred to as "the **UNITED STATES**"), and says:

1. This is an action for damages that exceeds the sum of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

2. That the claim against the **UNITED STATES** is brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671 – §2680, §1346(b), §2401(b) and 1402(b).

3. That this Court has jurisdiction pursuant to 28 U.S.C. §1356(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee of the United States of America.

4. Venue is proper in the United States District Court of the Middle District of

Florida pursuant to 28 U.S.C. §1402(b) in that the event giving rise to the claim occurred within this judicial district, and Plaintiff, **AMANDA WALKER**, is a resident of Lake City, Columbia County, Florida. Further, the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. All conditions precedent and prerequisites to filing suit have been met pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 – §2680, §1346(b) and §1402(b). Plaintiff has provided proper notice to the Defendant **UNITED STATES** and the waiting period pursuant to the notice has expired thus making her claims ripe and at issue. Please see federal form SF-95 attached hereto as Exhibit "A."

6. The United States Postal Service (U.S.P.S) is a **UNITED STATES** federal agency, and as such, the **UNITED STATES** is the proper defendant for negligent acts committed by employees of the United States Postal Service while in the course and scope of their employment with the United States Postal Service.

7. On or about January 6, 2019, Defendant, **JENNY CLECKER**, was in the course and scope of her employment with the United States Postal Service (U.S.P.S.) and was operating a motor vehicle at or near the intersection of NW Turner Avenue and W Bengi Lane in Lake City, Columbia County, Florida.

8. At all times material hereto, Defendant, **JENNY CLECKER**, was a resident of Bell, Gilchrist County, Florida.

9. The United States Postal Service (U.S.P.S.) is a **UNITED STATES** federal agency, and as such, the **UNITED STATES** is the proper defendant for negligent acts committed by an individual while driving a motor vehicle owned by the United States Postal Service and, thus, the **UNITED STATES**.

10. At the aforementioned time and place, **JENNY CLECKER** negligently attempted to cross NW Turner Avenue to turn onto West Bengi Lane, and at the same time and place, Plaintiff, **AMANDA WALKER**, was traveling southbound on NW Turner Avenue.

**11.** At the aforementioned time and place, the motor vehicle driven by **JENNY MARIE CLECKER** negligently violated Plaintiff **AMANDA WALKER'S** right-of-way, which resulted in a collision between the vehicle operated by **JENNY CLECKER** and the vehicle operated by Plaintiff, **AMANDA WALKER**, and as a result thereof, Plaintiff sustained serious injuries.

12. By information and belief, at the aforementioned time and place, including at the time of the above-described motor vehicle accident, **JENNY CLECKER**, was acting in the course and scope of her employment with the **UNITED STATES**.

13. At the aforementioned time and place, including at the time of the above-described motor vehicle accident, the motor vehicle driven by J**ENNY CLECKER** was owned by the **U.S. GOVERNMENT**.

14. At all times material hereto, Plaintiff, **AMANDA WALKER**, was a resident of Lake City, Columbia County, Florida.

15. At all times relevant hereto, including at the time of the January 6, 2019 motor vehicle accident, and at the location referenced above, **JENNY CLECKER**, operated the above-referenced motor vehicle with the implied or express consent of the owner of the subject motor vehicle Defendant, the **UNITED STATES**.

16. On or about January 6, 2019, **JENNY CLECKER**, negligently

operated and/or negligently maintained the subject motor vehicle so that it violated Plaintiff's right-of-way, which resulted in a collision between the vehicle operated by **JENNY CLECKER** and the vehicle operated by Plaintiff, **AMANDA WALKER**.

17. **JENNY CLECKER'S** negligent at the time of the subject motor vehicle accident includes, but is not limited to, the following: Failure to yield the right-of-way to Plaintiff; improper left turn; and careless driving each of which together and collectively constitute negligence, and which resulted in the aforementioned motor vehicle accident between the vehicles operated by Plaintiff, **AMANDA WALKER**, and **JENNY CLECKER**.

18. Pursuant to the FTCA, the **UNITED STATES** is liable for the negligent acts of its employees while in the course and scope of employment.

19. Pursuant to the FTCA, the **UNITED STATES** is vicariously responsible for the negligence of **JENNY CLECKER** while operating the subject vehicle at the time of the aforementioned motor vehicle accident while in the course and scope of her duties with the **UNITED STATES**.

20. Pursuant to the FTCA, the **UNITED STATES** is vicariously responsible for the negligence of **JENNY CLECKER** while operating the vehicle owned by the **UNITED STATES** including the negligence committed by **JENNY CLECKER** at the time of the aforementioned motor vehicle accident.

21. As a direct and proximate result of the foregoing negligence, Plaintiff, **AMANDA WALKER**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss

of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, **AMANDA WALKER**, demands judgment against Defendant, the **UNITED STATES**, in excess of Seventy-five Thousand Dollars ($75,000.00) for her damages as set forth above.

DATED this  5th  day of June, 2020.

MORGAN & MORGAN

 /s/  M ANTOINE PECKO
M. ANTOINE PECKO, ESQUIRE
FBN: 0103929
76 South Laura Street, Suite 1100
Jacksonville, Florida 32202
Primary email: APecko@forthepeople.com
Telephone:     (904) 398-2722
Facsimile:      (904) 366-7677
Attorney for Plaintiff